UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

WESELY WILLIAMS,

                           Plaintiff,

        vs                                        9:09-CV-643

MARY BAILEY, Correctional Counselor/Program Supervisor, B. SCHWEBLER, Correctional Counselor, D. MARTUSCELLO, Deputy Superintendent/Security, DAVID HALLENBECK, Deputy Superintendent of Program, All of Coxsackie Correctional Facility; MRS. MARDON, Correctional Counselor/Program Supervisor; KENNETH S. PERLMAN, Deputy Commissioner Program Services; and DR. PAOLANO,

                           Defendant.

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

APPEARANCES:

WESELY WILLIAMS
Plaintiff, Pro Se
05-A-1183
Coxsackie Correctional Facility
Box 999
Coxsackie, NY 12051

HON. ANDREW M. CUOMO                      ADRIENNE J. KERWIN, ESQ.
Attorney General of the
  State of New York                               Asst. Attorney General
Attorney for Defendants
Department of Law
The Capitol
Albany, New York 12224

DAVID N. HURD
United States District Judge

**DECISION and ORDER**

Plaintiff, Wesely Williams, commenced this civil rights action in June 2009, pursuant to 42 U.S.C. § 1983.  By Report-Recommendation dated September 3, 2010, the Honorable David E. Peebles, United States Magistrate Judge, recommended that defendants' motion to dismiss (Docket No. 14) be granted in part, and that all claims set forth in plaintiff's complaint, with the exception of his cause of action against defendant Bailey and Mardon alleging deprivation of equal protection, be dismissed with leave to replead within thirty days of any order adopting the report and recommendation.   The plaintiff has filed objections to the report-recommendation.

Based upon a de novo review of the entire file, including the portions of the Report-Recommendation to which plaintiff has objected, and the recommendations of Magistrate Judge Peebles, the Report-Recommendation is accepted and adopted in all respects.  See 28 U.S.C. 636(b)(1).

Accordingly, it is

ORDERED that

1.  Defendants' motion to dismiss (Docket No. 14) is GRANTED in part;

2.  All claims set forth in plaintiff's complaint, with the exception of his cause of action against defendant Mary Bailey and Mrs. Mardon alleging deprivation of equal protection, are DISMISSED with leave to replead within thirty days of this order which adopts the report and recommendation.

2.  The Clerk is directed to return the file to the Magistrate Judge for any further pretrial procedures.

     IT IS SO ORDERED.

_____
United States District Judge

Dated:  September 27, 2010
         Utica, New York.