UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

WESELY WILLIAMS,

                        Plaintiff,

                                       9:09-CV-0643

       -v-

MARY BAILEY and LORI MARDON,

                        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                       OF COUNSEL:

WESELY WILLIAMS, pro se
05-A-1183
Orleans Correctional Facility
3531 Gaines Basin Road
Albion, NY 14411

HON. ERIC T. SCHNEIDERMAN       ADRIENNE J. KERWIN, ESQ.
Attorney General for the State of New York   Ass't Attorney General
Attorney for Defendant
The Capitol
Albany, NY 12224

DAVID N. HURD
United States District Judge

### DECISION and ORDER

      Plaintiff brought this action pursuant to 42 U.S.C. § 1983.  On February 16, 2012, the

Honorable David E. Peebles, United States Magistrate Judge, advised, by Report-

Recommendation, that defendants' motion for summary judgment dismissing plaintiff's

remaining claims be granted and that plaintiff's complaint be dismissed in its entirety.  No

objections to the Report-Recommendation were filed.

Based upon a careful review of the entire file and the recommendations of the Magistrate Judge, the Report-Recommendation is accepted in whole.  <u>See</u> 28 U.S.C. 636(b)(1).

Therefore it is

ORDERED that

Defendants' motion for summary judgment is GRANTED and the remaining claims DISMISSED.

The Clerk is directed to file a judgment dismissing the complaint and close the file.

 IT IS SO ORDERED.

_____
United States District Judge

Dated:   March 14, 2012
          Utica, New York.